AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

DARREN A. LUNFORD,

    Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER:  **3:16-cv-00391-MMD-WGC**

C.O. JOHN DOE,

    Defendant.

___  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** the motion for voluntary dismissal (ECF No. 3) is granted. This action is dismissed in its entirety without prejudice.

  October 27, 2016                                              **LANCE S. WILSON**
                                                                               Clerk

                                                                                 /s/ D. R. Morgan
                                                                              Deputy Clerk